BEFORE JUDGE DENIS R. HURLEY:

CIVIL CAUSE FOR PRELIMINARY INJUNCTION HEARING

DATE:  OCTOBER 28, 2008                AT:  10:00 - 12:30 AM     1:30 - 5:15 PM

DOCKET NUMBER:    CV-08 36 44
TITLE:   NATURAL ORGANICS    V.    TRC NUTRITIONAL LAB, ET. AL.

DOCKET NUMBER : CV-08-3846
TITLE: NATURAL ORGANICS   V.   NATURE'S WAY PRODUCTS, INC.
APPEARANCES:  FOR PLAINTIFF:       KEVIN SCHLOSSER, MELANIE HENDRY
            FOR DEFENDANT TRC : NEIL MILLER
 FOR DEFENDANT NATURE'S WAY: TERRY WELCH, GERARD GRIFFINS, ROGER BURGE

COURT REPORTER: MARY ANN STEIGER

 X     CASE CALLED FOR PRELIMINARY INJUNCTION HEARING ( DOC # 4 - CV-08-3644)

        WITNESSES:   SCOTT WOODRUFF, JAMES GIBBONS,


CV-08-3644 :
       DECISION ON DEFENDANT'S MOTION TO VACATE THE TEMPORARY RESTRAINING ORDER AND TO HOLD TRC IN DEFAULT FOR FAILURE TO APPEAR AT THE 9/9/2008 AND 9/14 2008 HEARINGS IS RESERVED

CV-08-3846:
       PLAINTIFF LETTER MOTION (DOC # 33) TO STRIKE DEFENDANT'S SUPPLEMENTAL
       MEMORANDUM IS DENIED.


HEARING CONTINUED TO OCTOBER 29, 2008 AT 11:00 AM